SEAN P. NALTY, ESQ. (State Bar No. 121253)
SHEENA V. JAIN, ESQ. (State Bar No. 251912)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant
THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, JANE DOE, individually<br><br>Plaintiff<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 3:10-cv-00108-MHP<br><br>**JOINT STIPULATION EXTENDING DEFENDANT THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA'S TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' AMENDED COMPLAINT;** [PROPOSED] **ORDER**<br><br>Amended Complaint filed: December 8, 2009 |

Plaintiffs JOHN DOE and JANE DOE ("Plaintiffs") and Defendant THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA ("Defendant"), hereby submit this Joint Stipulation providing for a 14 calendar day extension from the original deadline of January 15, 2010, for Defendant to file a responsive pleading to Plaintiffs' Amended Complaint.

1

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING;
[PROPOSED] ORDER
Case No. 3:10-cv-00108-MHP

505857.1

1. On December 1, 2009, Plaintiffs filed in the Superior Court of the State of California, County of San Francisco, a civil action entitled *John Doe, et al. v. The Guardian Life Insurance Company of America, et al.*, Case Number CGC-09-494885 ("the complaint").

2. On December 8, 2009, Plaintiffs filed an Amended Complaint in the Superior Court of the State of California, County of San Francisco.

3. On December 14, 2009, Plaintiffs' Amended Complaint was served on Defendant's agent for service of process in California.

3. Under the California Rules of Civil Procedure Defendant had 30 days to answer Plaintiffs' Amended Complaint. Defendant's answer would be due no later than January 13, 2010.

4. On January 10, 2010, Defendant removed this case to United States District Court, Northern District, San Francisco Division, by filing a Notice of Removal and a Civil Cover Sheet.

5. On January 12, 2010, Defendant filed with the Superior Court of the State of California, County of San Francisco, a Notice of Removal to the State Court and Adverse Parties.

6. Following Removal of this case to United States District Court, Northern District of California, San Francisco Division, Defendant had an additional five court days to file a responsive pleading. The deadline is Friday, January 15, 2010.

7. On January 11, 2010, Sheena Jain, counsel for Defendant contacted Plaintiffs' counsel David Lilienstein at the DL Law Group requesting a 14 day extension for Defendant to file a responsive pleading to Plaintiffs' Amended Complaint because counsel for Defendant had not yet received the file and could not address the allegations of the Amended Complaint. Until counsel for Defendant reviews and analyzes these issues, Defendant is unable to file a responsive pleading.

8. On January 12, 2010, Mr. Lilienstein, on behalf of Plaintiffs, agreed to Defendant's request for a 14 day extension, from the original January 15, 2010, responsive pleading deadline.

9. Accordingly, Plaintiffs and Defendant jointly submit this Stipulation and Proposed Order requesting the Court extend the deadline for Defendant to file a responsive pleading to Plaintiffs' Amended Complaint up to and including Friday, January 29, 2010.

///

2

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING; [PROPOSED] ORDER
Case No. 3:10-cv-00108-MHP

505857.1

1  IT IS SO STIPULATED.

2

3  Dated: January 15, 2010

4  DL LAW GROUP

5  By: /s/ David M. Lilienstein
      David M. Lilienstein
6     Attorney for Plaintiffs
      JOHN DOE AND JANE DOE

7

8  Dated: January 15, 2010

9  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

10 By: /s/
      SEAN P. NALTY
11    SHEENA V. JAIN
      Attorneys for Defendant
12    THE GUARDIAN LIFE INSURANCE COMPANY
      OF AMERICA

13

14                           [PROPOSED] ORDER

15     In light of the above stipulation by the parties regarding the extension for Defendant to file a

16 responsive pleading, and good cause appearing therefore, the Court hereby orders that:

17     (1)  Defendant shall have 14 additional calendar days from the original deadline of

18 Friday, January 15, 2010, to file a responsive pleading to Plaintiffs' Amended Complaint; and

19

20     (2)  Defendant must file its responsive pleading to Plaintiffs' Amended Complaint no

21 later than January 29, 2010.

22     IT IS SO ORDERED.

23

24 DATED: 1/21, 2010

25                                            HONORABLE
                                              UNITED STATES DISTRICT JUDGE
26

27                                    3

28 JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING; [PROPOSED] ORDER

Case No. 3:10-cv-00108-MHP

505857.1

*[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*