SEAN P. NALTY, ESQ. (State Bar No. 121253)
sean.nalty@wilsonelser.com
SHEENA V. JAIN, ESQ. (State Bar No. 251912)
sheena.jain@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:   (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant
THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, JANE DOE, individually<br><br>Plaintiff<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 10-cv-00108 MHP<br><br>**STIPULATION OF THE PARTIES RE: MEDIATION AND CONTINUANCE OF THE NOVEMBER CASE MANAGEMENT CONFERENCE;** ~~PROPOSED~~ **ORDER** |

**A.    The Mediation in this Matter**

Plaintiffs John Doe and Jane Doe ("Plaintiffs"), through their counsel of record, David M. Lilienstein, and defendant Guardian Life Insurance Company of America ("Defendant")(collectively "the Parties") through its counsel of record, Sean P. Nalty, hereby enter into the following stipulation concerning the mediation in this matter and the Case Management Conference currently set for November 15, 2010:

1

STIPULATION OF THE PARTIES RE: MEDIATION AND THE NOVEMBER CASE MANGEMENT CONFERENCE
USDC NDCA CASE NO.: 10-cv-00108 MHP

592516.1

The Parties have continued to work to select a mediator who would be effective in this matter and to schedule a mediation on a date convenient for all parties. The Parties have now selected Robert J. Kaplan of Judicate West who the Parties agree will be an effective mediator in this matter. Mr. Kaplan had no available dates in December so the Parties have now set the mediation for January 13, 2011. Counsel for the Parties each have experience with Mr. Kaplan and believe that he provides the best opportunity for the Parties to resolve this matter.

Based on the stipulation below, the Parties respectfully request that the Court continue the Case Management Conference in this matter, currently set for November 15, 2010, to sometime after January 13, 2011. The Parties will notify the Court immediately after the mediation in the event the Case Management Conference is no longer necessary

**B.     The Stipulation**

Based on the information set forth above, the Parties hereby stipulate that the November 15, 2010 Case Management Conference in this matter can be continued to a date convenient for the Court sometime after January 13, 2011.

IT IS SO STIPULATED.

DATED: October 12, 2010

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:   /s/ Sean P. Nalty
SEAN P. NALTY
Attorney for Defendant
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA

DATED: October 12, 2010          DL LAW GROUP

By:   /s/ David M. Lilienstein
DAVID M. LILIENSTEIN
Attorney for Plaintiffs
JOHN and JANE DOE

STIPULATION OF THE PARTIES RE: MEDIATION AND THE NOVEMBER CASE MANGEMENT CONFERENCE
USDC NDCA CASE NO.: 10-cv-00108 MHP

592516.1

**ORDER**

Based on the stipulation of the Parties, and Good Cause appearing therefore, the Court hereby continues the Case Management Conference in this matter, currently set for November 15, 2010, to __January 31__, 2011 at __3:00 p.m.__ in Courtroom __15__.

Dated: __10/12/2010__

MARILYN H. PATEL
Judge, United States District Court

IT IS SO ORDERED
Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3

STIPULATION OF THE PARTIES RE: MEDIATION AND THE NOVEMBER CASE MANGEMENT CONFERENCE
USDC NDCA CASE NO.: 10-cv-00108 MHP

592516.1

**CERTIFICATE OF SERVICE**
*Doe v. The Guardian Life Insurance Company of America*
*USDC Northern District Case No. 10-cv-00108 MHP*

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**STIPULATION OF THE PARTIES RE: MEDIATION, AND CONTINUANCE OF THE NOVEMBER CASE MANAGEMENT CONFERENCE; PROPOSED ORDER**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☐ : **By United States Mail.** I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ : **By Overnight Delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and address to the persons at the addresses below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ : **By Messenger Service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and provided them to a professional messenger service for service.

☐ : **By Fax Transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which was printed out, is attached.

☒ : **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

David M. Lilienstein                                                    *Attorney for Plaintiffs John Doe, Jane Doe*
DL Law Group
345 Franklin Street
San Francisco, CA 94102
Tel: (415) 271-7169
Fax: (415) 358-8484

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. EXECUTED on October 12, 2010 at San Francisco, California.

*Stacey Muller*

2
CERTIFICATE OF SERVICE
USDC NDCA CASE NO.: 10-cv-00108 MHP

546887.1